2:12-cv-11426-GER-MAR   Doc # 3   Filed 04/10/12   Pg 1 of 2   Pg ID 6

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:12-cv-11426-GER-MAR
Hon. Gerald E. Rosen

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Global Acceptance Credit Company

Date of Service: April 6, 2012

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

XXX Other (specify):
Certified Mail/Return Receipt to: GLOBAL ACCEPTACE CREDIT COMPANY
RA: Michael Varrichio
5850 West 1-20  -  Suite 100
Arlington, TX 76017

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Brandy A. Moore

Signature of Server: *Brandy A. Moore*

Date: April 11, 2012

Server's Address:  **NITZKIN & ASSOCIATES**
22142 WEST NINE MILE ROAD
SOUTHFIELD, MI 48034

Approved, SCAO  PROBATE JDC CODE: POM

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | PROOF OF MAILING | |
| USDCEM JUDICIAL CIRCUIT | | 2:12-cv-11426-GER-MAR |
| COUNTY PROBATE | | |

Court address                                                                                       Court telephone no.

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| RYAN ORTIZ c/o Nitzkin & Associates Southfield, MI 48033 | v | GLOBAL ACCEPTACE CREDIT COMPANY RA: Michael Varrichio 5850 West 1-20 - Suite 100 Arlington, TX 76017 |

☐ Juvenile   In the matter of _____
☐ Probate    In the matter of _____

On the date below I sent by ~~first-class~~ Certified mail a copy of  the SUMMONS, COMPLIANT

to: GLOBAL ACCEPTACE CREDIT COMPANY

by Certified Mail and Served on 4/6/2012

to: Names and addresses
GLOBAL ACCEPTACE CREDIT COMPANY
RA: Michael Varrichio
5850 West 1-20 - Suite 100
Arlington, TX 76017

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Global Acceptance Credit Company, LP
RA: Michael Varrichio
5850 West 1-20 - Suite 100
Arlington, TX 76017

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 4/6/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7012 0470 0001 4679 6576

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

I declare that the statements above are true to the best of my information, knowledge, and belief.

4/11/2012                                  Signature: _Brandy A. Moore_
Date                                       Name (type or print): Brandy A. Moore

MC 302 (4/89)  PROOF OF MAILING                                           MCR 2.107(C)(3), (D)
20388